UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PATRICIA CEDILLO CERVANTES,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

Case No.: 3:26-cv-4356-CAB-MSB

**ORDER GRANTING JOINT MOTION TO DISMISS**

[Doc. No. 5]

The parties have jointly moved to dismiss the pending habeas petition without prejudice pursuant to Federal Rule of Civil Procedure 41. [Doc. No. 5.] The Court **GRANTS** the joint motion.

<u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED**.

Dated: August 26, 2026

Hon. Cathy Ann Bencivengo
United States District Judge